**Order entered December 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01455-CV

### VENATOR MATERIALS PLC, ET AL., Appellants

### V.

### MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM AND FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02030**

## ORDER

Before the Court is appellants' unopposed December 5, 2019 motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief due on or before January 22, 2020.

/s/    KEN MOLBERG
JUSTICE